■ ROBIN W.G. RAYBOULD, Respondent, v BRADFORD N. SWETT et al., Appellants. [671 NYS2d 211] —Appeal from order,

Supreme Court, New York County (Emily Goodman, J.), entered November 29, 1996, which, *inter alia*, granted plaintiff's cross motion to dismiss defendants' counterclaims upon defendants' default, unanimously dismissed, with costs payable to respondent, as taken from a nonappealable paper.

No appeal lies from an order, such as the one defendants would here have reviewed, entered on default (*see*, CPLR 5511, 2221 [a]; *see also, Nedell v Sprigman*, 227 AD2d 163). Concur— Sullivan, J. P., Milonas, Rosenberger and Andrias, JJ.